1  HANSON BRIDGETT LLP
   NOEL M. COOK, SBN 122777
2  ncook@hansonbridgett.com
   425 Market Street, 26th Floor
3  San Francisco, California 94105
   Telephone:     (415) 777-3200
4  Facsimile:     (415) 541-9366

5  HANSON BRIDGETT LLP
   JUSTIN P. THIELE, SBN 311787
6  jthiele@hansonbridgett.com
   777 S. Figueroa Street, Suite 4200
7  Los Angeles, California 90017
   Telephone:     (213) 395-7620
8  Facsimile:     (213) 395-7615

9  Attorneys for Defendant
   LONELY PLANET GLOBAL, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| TIM LAMAN, | Case No. 4:21-cv-00798-YGR |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | |
| LONELY PLANET GLOBAL, INC., a Delaware Corporation; VIATOR, INC., a Delaware Corporation; and DOES 1-10, inclusive, | |
| Defendants. | Judge:   Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 6-1(a), the below parties to the action, by and through their respective counsel, hereby stipulate that the time for all Defendants to answer or otherwise respond to the Complaint filed on February 1, 2021 shall be extended by thirty (30) days from March 5, 2021 to April 5, 2021, without waiver of any Defendant's claims or defenses, to allow the parties to engage in meaningful settlement discussions. This change will not alter the date of any event or deadline already fixed by Court order.

| | | |
|---|---|---|
| 1 | DATED: March 4, 2021 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | By: _/s/ Noel M. Cook_ |
| 4 | | NOEL M. COOK |
| 5 | | Attorneys for Defendant<br>LONELY PLANET GLOBAL, INC. |
| 6 | | |
| 7 | DATED: March 4, 2021 | |
| 8 | | By: _/s/ Bradford E. Young_ |
| 9 | | BRADFORD E. YOUNG<br>In-House Counsel for Defendant<br>VIATOR, INC. |
| 10 | | |
| 11 | DATED: March 4, 2021 | DONIGER / BURROUGHS |
| 12 | | |
| 13 | | By: _/s/ Justin Gomes_ |
| 14 | | JUSTIN GOMES |
| 15 | | Attorneys for Plaintiff<br>TIM LAMAN |

### ECF ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I, Noel M. Cook, am the ECF User whose identification and password are being used to file this document and attest that all signatories hereto have concurred in this filing.

_/s/ Noel M. Cook_
Noel. M. Cook