SCOTT ALAN BURROUGHS
  scott@donigerlawfirm.com
DONIGER / BURROUGHS
Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291
(310) 590-1820

Attorneys for Plaintiff
TIM LAMAN

IT IS SO ORDERED

*Yvonne Gonzalez Rogers*

Judge Yvonne Gonzalez Rogers

6/24/2021

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM LAMAN, an individual, | CASE NO. 4:21-cv-00798-DMR |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| LONELY PLANET GLOBAL, INC., a Delaware Corporation; VIATOR, INC., a Delaware Corporation; and DOES 1 through 10, inclusive | |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Tim Laman hereby dismisses this action in its entirety and *with prejudice* pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Per the aforementioned statute, no court order is required in connection with this notice of dismissal.

Respectfully submitted,

DATED: June 23, 2021                    DONIGER / BURROUGHS

By:     */s/ Scott Alan Burroughs*
Scott Alan Burroughs
Attorneys for Plaintiff